UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **QUANSA THOMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1942 (JDB) |
| | ) | |
| **LINDA AND A., INC., t/a** | ) | |
| **THE HOUSE, ET AL.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO FACILITATE
IDENTIFICATION AND NOTIFICATION OF SIMILARLY SITUATED EMPLOYEES**

Defendants LINDA &A INC. t/a The House and Darrell Allen hereinafter Defendants respond to the Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees and state:

1. That the allegations of the Plaintiff although not conceded are likely to meet the standard of "similarly situated" as individuals who performed as exotic dancers at the establishment owned by Defendant LINDA & A INC.

2. As is obvious from the declaration of Quansa Thompson the identity of other dancers will be difficult to determine.

3. In paragraph 6 of her declaration (exhibit #1) she states "I have personally spoken to three exotic dancers, Wow Cherry, Blaze, Mocha who were interested in joining this action but fear retaliation by Mr. Allen and losing her job." The Plaintiff is unable to identify the three individuals she spoke to other than by their stage names. It is common in the industry to change your stage name as you move from one venue to another. The Defendant anticipates a difficult task in identifying the performers let alone locating them.

4. The only testimony available to the Plaintiff is that of her own statements. The Defendant was able to locate a performer who currently dances under the name of Mocha. Jamia Jackson a/k/a Mocha alleges (affidavit attached) that the allegations by Quansa Thompson are not correct as they apply to her. The affidavit of Jamia Jackson a/k/a may or may not represent the same as reflected in the Plaintiff's declaration.

WHEREFORE, Defendant respectfully requests this Honorable Court to provide 60 days to respond to any Order compelling the production of names etc. as the ability to associate a stage name with a legal name will be difficult at best.

Respecfully submitted,

/s/
William J. Howard, Esq. Bar (45559)
Howard & Marcus
4316 Hamilton Street
Hyattsville, MD 20781
Telephone: 301) 864-6700
Fax:  301) 779-8711
Whowardesq@cs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that in the 15 day of February, 2009 a copy of the foregoing RESPONSE TO PLAINTIFF'S MOTION TO FACILITATE IDENTIFICATION AND NOTIFICATION OF SIMILARLY SITUATED EMPLOYEES was electronically filed and mailed, postage prepaid, to Gregg C. Greenberg, Esquire, The Zipin Law Firm, LLC, 8403 Coleville Road, Suite 610, Silver Spring, Maryland 20910.

/s/
William J. Howard, Esquire

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **QUANSA THOMPSON,** | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 09-1942 (JDB) |
|  | ) | |
| **LINDA AND A., INC., t/a** | ) | |
| **THE HOUSE, ET AL.,** | ) | |
|  | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JAMIA JACKSON a/k/a MOCHA**

_____On or about December, 2009 a girl I know as Love and who now has the stage name of Brazil told me about a Lawsuit in which she was suing "The House" Night Club based upon it not paying proper wages and unauthorized salary deductions.  She told me that if I signed (the paper) I would join the suit and I would get about $50, 000.00 to $60,000.00.  I did not agree because the claims are not true.

**AFFIRMATION**

_____I HEREBY SOLEMNLY DECLARE OR AFFIRM UNDER THE PENATILES OF PERJURY THAT THE FOREGOING MATTERS AND FACTS ARE TRUE AND CORRECT TO THE BEST MY KNOWLEDGE, INFORMATION AND BELIEF.

_____/s/_____
                                                                                                                JAMIA JACKSON