UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANSA THOMPSON, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LINDA AND A., INC t/a<br>THE HOUSE, *et al.*,<br><br>  Defendants. | Civil Action No. 09-1942 (BAH) |

**ORDER**

Upon consideration of the defendants' motion to dismiss, the plaintiffs' motion for partial summary judgment, the related legal memoranda, the accompanying factual exhibits, the applicable law, and the entire record herein, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss is DENIED; and it is further

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' motion for partial summary judgment is GRANTED; and it is further

**ORDERED** that within twenty days of the issuance of this Order and the accompanying Memorandum Opinion, the parties shall file a joint status report proposing a mechanism and schedule for resolving the remaining issues in this case – namely, the question of damages.  After receiving the parties' joint report, the Court will schedule a status conference if necessary.

**SO ORDERED**.


DATED: April 29, 2011               /s/ *Beryl A. Howell*
                                    BERYL A. HOWELL
                                    United States District Judge

1