BERNSTEIN & BERNSTEIN
PRIVATE PROCESS SERVERS
P.O. BOX 1727
WHEATON, MARYLAND 20902
PHONE 301-593-8700   FAX 301-570 3953

THE ZIPIN LAW FIRM
8403 COLESVILLE RD 610
SILVER SPRING, MD 20910

OCTOBER 27, 2009

| PLAINTIFF | DEFENDANT | SERVED | FEE |
|---|---|---|---|
| QUANSA THOMPSON | THE HOUSE NIGHT CLUB | 10/26/09 | $65 |
| QUANSA THOMPSON | DARYL ALLEN | 10/26/09 | $65 |
| QUANSA THOMPSON | THE HOME INC | 10/26/09 | $65 |

# TOTAL FEE DUE: $195.00