Federal I.D. NO: 52-2111646

# Invoice



## Precise Reporting Services
1200 G Street, N.W.
Suite 800
Washington, D.C.  20005

Phone 301.210.5092    Fax 301.210.5094

The Zipin Law Firm, LLC
MEREDITH R. PHILIPP, ESQUIRE
8403 Colesville Road
Suite 610
Silver Spring, MD  20910

Date  11/4/2010

Invoice #  10518

**Balance Due: $1204.10**

| Invoice Charge Description | Amount |
|---|---|
| QUANSA THOMPSON, On Behalf of Herself and All Others Similarly situated vs. LINDA AND A., INC t/a THE HOUSE, et al. Case No.: 09-1942 (JDB) | |
| DEPOSITION OF:  JACEMYEIN ELAINA MORALES | |
| Certified Transcript - 65 Pages (E-Tran e-mail) | 178.75 |
| Exhibit - 1 Page | 0.35 |
| DEPOSITION OF:  EIRENE LANE | |
| Certified Transcript - 76 Pages (E-Tran e-mail) | 209.00 |
| Exhibit - 1 Page | 0.35 |
| DEPOSITION OF:  DARRELL ALLEN | |
| Original Certified Transcript - 103 Pages (E-Tran e-mail) | 396.55 |
| Exhibits - 20 Pages | |
| DEPOSITION OF:  QUANSA LESHELLE THOMPSON | |
| Certified Transcript - 145 Pages (E-Tran e-mail) | 398.75 |
| Exhibits - 41 Pages | 14.35 |
| Conducted On:  Thursday, September 23, 2010 | |
| Stenographer:  E. Marsellas Coates | |
| Delivery & Handling | 6.00 |

**Total Due Upon Receipt**        **$1,204.10**

* Payment of invoice is not contingent upon the outcome of the case nor on the financial status of your client. Payment in full is due within thirty (30) days of the invoice date or interest and/or late fees will accrue at the rate of 1.5% per month on any unpaid balance over 30 days. In the event we are required to place this account in the hands of an attorney or agency for collection, you agree to pay reasonable fees for those services. You understand we are not required to extend credit and that we may require payment upon delivery.

It's always a pleasure working with you!

We accept Visa, American Express, & Mastercard

precisereporting@comcast.net              precisereportingservices.com