UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANSA THOMPSON, *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br><br>LINDA AND A., INC t/a<br>THE HOUSE, *et al.*,<br><br>                Defendants. | Civil Action No. 09-1942 (BAH/JMF)<br>Judge Beryl A. Howell |

## MEMORANDUM AND ORDER

Plaintiff Quansa Thompson, on behalf of herself and all others similarly situated, brought this suit against Linda and A., Inc. t/a The House ("The House") and Darrell Allen (collectively, the "defendants") seeking damages under the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq*. ("FLSA"), the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code §§ 32-1001 *et seq*. ("DCMWA"), and the D.C. Wage Payment and Wage Collection Act, D.C. Code §§ 32-1301 *et seq*. ("DCWPA"), for the failure of defendants to pay them minimum wage for the hours they worked as exotic dancers in the nightclub, The House. *See* Amended Compl., ECF No. 2.[1] On April 29, 2011, this Court denied the defendants' Motion to Dismiss, ECF No. 24, and granted the plaintiffs' Motion for Partial Summary Judgment, ECF No. 25. *See* ECF Nos. 29 & 30. Pursuant to the parties' joint request, the case was then referred to a magistrate judge for settlement discussions. *See* Minute Order (May 16, 2011). Following a settlement conference, the parties jointly requested that the Court appoint a Special Master to

---

[1] Four other plaintiffs, other dancers at the "House," subsequently joined the lawsuit: Lakisha Colbert, Eirene Lane, Tamika McKay, and Jacemyein Morales. *See* Consent to Join Lawsuit, ECF Nos. 18, 19, 20, and 21.

determine the damages owed to the plaintiffs. *See* Joint Mot. to Appoint Special Master, ECF No. 34.[2]

After holding a hearing on this matter, the Special Master issued a Report and Recommendation recommending that judgment be entered in favor of the plaintiffs and against the defendants. *See* ECF No. 53. This Court subsequently granted the plaintiffs' Motion to Adopt Report and Recommendation of Special Master. *See* ECF No. 59. At that time, the Court also granted the plaintiffs' request that they be permitted to file a Petition for Award of Attorney's Fees and Costs, as recommended by the Special Master. *Id.* at 9; *see also* Motion to Adopt Report and Recommendation of Special Master, ECF No. 54 at 1; Report and Recommendation at 7; *see also* 29 U.S.C. § 216 ("The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action.").

The plaintiffs then filed Plaintiffs' Petition for Award of Attorney's Fees and Costs, seeking $97,316 in fees and $4,069 in costs. *See* ECF No. 60. That motion is now pending before the Court. The Court referred the Plaintiffs' Petition for Award of Attorney's Fees and Costs to Magistrate Judge Facciola for a Report and Recommendation. *See* ECF No. 62. Magistrate Judge Facciola then issued a Report and Recommendation, recommending that the "requested fees and costs be allowed in full," Report and Recommendation, ECF No. 66 at 2, and that "judgment be entered against the defendants for $97,316 in fees and $4,069.38 in costs." *Id.* at 4.

The Report and Recommendation warned that, in failing to file a timely objection to the Report and Recommendation, parties could waive the right to appeal an order of the District

---

[2] This background is drawn from this Court's earlier Memorandum Opinion and Order in this matter. *See* ECF No. 59.

Court adopting the recommendations.  *Id*.  No objection to the Report and Recommendation, ECF No. 66, has been filed, and the time to file such an objection has lapsed, *see* Local Civil Rule 72.3(b), and thus all objections are deemed waived.  *See Thomas v. Arn*, 474 U.S. 140, 149–51 (1985).  Accordingly, it is hereby

**ORDERED** that Plaintiffs' Petition for Award of Attorney's Fees and Costs, ECF No. 60, is GRANTED.  Judgment shall be entered against the defendants for $97,316 in fees and $4,069.38 in costs.

**SO ORDERED.**

**DATE: October 5, 2012**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge