**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

QUANSA THOMPSON, *et al.*           *
                                    *
     PLAINTIFFS                    *
                                    *
     v.                            *     Case No.: 09-1942 (BAH/JMF)
                                    *
LINDA AND A., INC t/a               *
THE HOUSE, *et al*.                 *
                                    *
     DEFENDANTS.                   *
**************************************************************************

## <u>LINE OF SATISFACTION</u>

The Clerk will please mark the judgments in this case as "Paid and Satisfied."

          Respectfully submitted,

          _____/s/_____
          Philip B. Zipin, Bar No. 367362
          The Zipin Law Firm, LLC
          8403 Colesville Road, Suite 610
          Silver Spring, Maryland 20910
          Phone: 301-587-9373
          Fax: 301-587-9397
          Email: pzipin@zipinlaw.com

          *Counsel for Plaintiffs*